SEALED

FILED

MAR 26 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>VICTOR SCOTT LUNA<br><br>ALEXIS MARIE SANCHEZ<br><br>ELVIA MEJIA SANCHEZ<br><br>ASHLEY M SANCHEZ<br><br>JUAN GONZALEZ<br><br>VERONICA RAMIREZ | CASE NO. 1: 1 8 MJ 0 0 0 4 7   SAB<br><br>**UNDER SEAL**<br><br>ORDER SEALING COMPLAINT |

The United States having applied to this Court for a complaint and arrest warrants in the above-captioned proceedings and having applied for the complaint and warrant to remain under seal until the defendants are arrested, and the Court finding good reason therefor:

///

///

///

///

Order Sealing Complaint and Arrest Warrant                    1

1        IT IS ORDERED that the complaint and arrested warrants filed in the above-entitled matter shall

2    be filed with this Court under seal and not be disclosed until the defendants are arrested or further order

3    of this court.

4    Dated:  March 2/ 2018

5                           HONORABLE STANLEY A. BOONE

6                           U.S. MAGISTRATE JUDGE

Order Sealing Complaint and Arrest Warrant    2