

FILED
APR 02 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JUAN GONZALEZ, VICTOR LUNA, VERONICA RAMIREZ, ALEXIS SANCHEZ, ASHLEY M. SANCHEZ, and ELVIA SANCHEZ,<br><br>  Defendants. | **ORDER UNSEALING ALL DOCUMENTS AND FILINGS IN CAPTIONED CASE EXCEPT CRIMINAL COMPLAINT AND AFFIDAVIT THEREON**<br><br>CASE NO. 1:18-MJ-00047-SAB |

   IT IS HEREBY ORDERED that the above-captioned case is unsealed with the exception of the Criminal Complaint (Doc. 1) which should remain sealed until further order of the Court.

DATED: March ___, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Order to Unseal                                1